THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEANDRE WILLIAMS, Appellant, v STATE OF NEW YORK, Respondent.

Submitted June 16, 2008; decided August 28, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.